THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IAN M. HORN | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-442-SDJ-BD |
| | § | |
| NUVIEW LIFE SCIENCES, INC., | § | |
| ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. This case and lead case No. 4:19-cv-444 (E.D. Tex) were consolidated for pretrial purposes. On July 10, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation in the lead case (the "Report"), (No. 4:19-cv-444, Dkt. #50), that both cases be remanded for lack of subject-matter jurisdiction.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **REMANDED** to the 16th Judicial District Court, Denton County, Texas.

**So ORDERED and SIGNED this 4th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE